```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:13-cr-00078 MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| RATHANAK VAN, | ) |
| aka "LOONEY" | ) Date: April 11, 2013 |
| SNANGEHK PEOU, | ) Time: 9:00 a.m. |
| LITTANOVONE KEOPADUPSY, and | ) Judge: Hon. Morrison E. England |
| HO LY, | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between: Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Michael Petrik, counsel for defendant RATHANAK VAN, Christopher Cosca, counsel for defendant SNANGEHK PEOU; Mark Reichel, counsel for LITTANOVONE KEOPADUPSY; and Michael Long, counsel for HO LY, that the above status conference be rescheduled from this Court's April 11, 2013, calendar, and that the matter be re-calendared for May 23, 2013, at 9:00 a.m. This request is made jointly by the government and defense in order to

1

permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.  Defense counsel is reviewing substantial discovery materials, including hours of video and audio recordings concerning the alleged conduct.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS FURTHER STIPULATED that time be excluded between April 11, 2013, and May 23, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

```
Dated: April 9, 2013              /s/ Paul Hemesath
                                  Paul Hemesath
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Dated: April 9, 2013              /s/ Michael Petrik
                                  Michael Petrik
                                  Counsel for Defendant
                                  RATHANAK VAN


Dated: April 9, 2013              /s/ Mark Reichel
                                  Mark Reichel
                                  Counsel for Defendant
                                  LITTANOVONE KEOPADUPSY


Dated: April 9, 2013              /s/ Christopher Cosca
                                  Christopher Cosca
                                  Counsel for Defendant
                                  SNANGEHK PEOU


Dated: April 9, 2013              /s/ Michael Long
                                  Michael Long
                                  Counsel for Defendant
                                  HO LY
```

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: April 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

3