```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 448-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>RATHANAK VAN,<br>    aka "LOONEY"<br>SNANGEHK PEOU, and<br>LITTANOVONE KEOPADUBSY,<br><br>            Defendants. | CASE NO. 2:13-cr-00078 MCE<br><br>STIPULATION AND ORDER<br><br><br>Date: September 5, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison E. England |

**IT IS HEREBY STIPULATED** by and between: Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; Michael Petrik, counsel for defendant RATHANAK VAN, Christopher Cosca, counsel for defendant SNANGEHK PEOU; and Mark Reichel, counsel for LITTANOVONE KEOPADUBSY, that the above status conference be rescheduled from this Court's September 5, 2013, calendar, and that the matter be re-calendared for November 14, 2013, at 9:00 a.m.  This request is made jointly by the government and defense in order to permit time for

1

continued preparation, including investigation which is currently in progress, and plea negotiations.  Defense counsel is reviewing substantial discovery materials, including hours of video and audio recordings concerning the alleged conduct.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded between November 14, and November 14, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: September 3, 2013        /s/ Paul Hemesath
                                Paul Hemesath
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated: September 3, 2013        /s/ Michael Petrik
                                Michael Petrik
                                Counsel for Defendant
                                RATHANAK VAN

Dated: September 3, 2013        /s/ Mark Reichel
                                Mark Reichel
                                Counsel for Defendant
                                LITTANOVONE KEOPADUBSY

Dated: September 3, 2013        /s/ Christopher Cosca
                                Christopher Cosca
                                Counsel for Defendant
                                SNANGEHK PEOU

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

**Dated:  September 4, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT