HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RATHANAK VAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RATHANAK VAN,<br><br>Defendant | Case No. 2:13-cr-078 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, JR. |
|---|---|

Defendant, RATHANAK VAN, by and through his attorney, Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On May 22, 2014, this Court sentenced Mr. Van to a term of 135 months imprisonment;

3.  Pursuant to his plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C), his total offense level was 31, his criminal history category was I, and the resulting guideline range was 108 to 135 months;

4. The sentencing range applicable to Mr. Van was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Van's total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months.  He is subject to the statutory mandatory minimum of 120 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Van's term of imprisonment to a total term of 120 months.

Respectfully submitted,

Dated:  April 12, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  April 12, 2016

HEATHER E. WILLIAMS
Federal Defender


 /s/ Hannah R. Labaree
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
RATHANAK VAN

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Van is entitled to the benefit Amendment 782, which reduces the total offense level from 35 to 33, resulting in an amended guideline range of 87 to 108 months.  He is subject to the statutory mandatory minimum of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2014 is reduced to a term of 120 months, a sentence that is fair and reasonable under 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Van shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  April 13, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT